GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN CA 234417)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel.: 310.586.7700; Fax: 310.586.7800
herringtonr@gtlaw.com

James N. Boudreau (admitted pro hac vice)
2700 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: 215.988.7833; Fax: 215-988-7801
boudreauj@gtlaw.com

Leanna C. Costantini (SBN CA 294028)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Tel.: 949.732.6500; Fax: 949.732.6501
costantinil@gtlaw.com

Attorneys for Defendant,
WAL-MART STORES, INC.

SETAREH LAW GROUP
Shaun Setareh (SBN CA 204514)
shaun@setarehlaw.com
Thomas Segal (SBN CA 222791)
thomas@setarehlaw.com
9459 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212

Attorneys for Plaintiff,
RANDY PITRE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RANDY PITRE, on behalf of himself, all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CASE NO. 8:17-cv-1281-DOC-DFMx<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE**<br><br>Current deadline:　　January 9, 2019<br>Proposed new deadline: April 9, 2019 |

1  Defendant Wal-Mart Stores, Inc. ("Walmart") and Plaintiff Randy Pitre
2  ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, hereby
3  stipulate to extend the deadline for the Parties to participate in private mediation to April
4  9, 2019. In support of this stipulation, the Parties state as follows:
5  WHEREAS, on July 30, 2018, the Court entered an Order re Joint Stipulation to
6  Alter Briefing Deadlines and Schedule, ECF No. 32, setting the deadline for the Parties to
7  engage in private mediation as January 9, 2019;
8  WHEREAS, on October 15, 2018, Plaintiff filed his motion for class certification,
9  ECF No. 34, and moved to add additional class representatives, ECF No. 33;
10 WHEREAS, on November 15, 2018, Walmart filed its opposition to Plaintiff's
11 motion for class certification, ECF No. 36;
12 WHEREAS, on December 21, 2018, Walmart filed its opposition to Plaintiff's
13 motion to add additional class representatives, ECF No. 39;
14 WHEREAS, the hearing on Plaintiff's motion for class certification and motion to
15 add additional class representatives is set for January 14, 2019, at 8:30 a.m.;
16 WHEREAS, the Parties have had multiple discussions regarding mediation, but
17 given the uncertainty regarding class certification and whether additional class
18 representatives will be added, the Parties believe that a mediation would be more
19 productive after the Court addresses Plaintiff's motions for class certification and to add
20 additional class representatives;
21 WHEREAS, the Parties have selected a mediator;
22 WHEREAS, the Parties stipulation extending the deadline to complete private
23 mediation will not affect any other dates pending before the Court;
24 THEREFORE, IT IS HEREBY STIPULATED by and between Walmart and

Plaintiff that the deadline for the Parties to participate in private mediation is extended to April 9, 2019.

DATED: January 9, 2019                    GREENBERG TRAURIG, LLP


                                          By  */s/ Robert J. Herrington*
                                              Robert J. Herrington


DATED: January 9, 2019                    SETAREH LAW GROUP


                                          By  */s/ Shaun Setareh*
                                              Shaun Setareh


## ATTESTATION

I, Robert J. Herrington, am the CM/ECF user whose ID and password are being used to file this Stipulation To Extend Mediation Deadline. Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Shaun Setareh, on whose behalf this filing is jointly submitted, has concurred in this filing.


                                          */s/ Robert J. Herrington*
                                          Robert J. Herrington