1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RANDY PITRE, on behalf of himself, all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CASE NO.  8:17-cv-1281-DOC-DFMx<br><br>**ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE [44]**<br><br><br>Current deadline:　　January 9, 2019<br>New deadline:　　April 9, 2019 |

The Court, having considered the Parties' Stipulation to Extend Mediation Deadline, and for good cause shown, HEREBY ORDERS that the Stipulation is GRANTED.

The deadline for the parties to participate in private mediation is extended to April 9, 2019.

**IT IS SO ORDERED.**

Dated: January 10, 2019

*/s/ David O. Carter*
Hon. David O. Carter
U.S. District Judge

2
ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE