GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN CA 234417)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel.: 310.586.7700; Fax: 310.586.7800
herringtonr@gtlaw.com

GREENBERG TRAURIG, LLP
James N. Boudreau (admitted pro hac vice)
2700 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel.: 215.988.7833; Fax: 215-988-7801
boudreauj@gtlaw.com

Attorneys for Defendant,
WAL-MART STORES, INC.,

SETAREH LAW GROUP
Shaun Setareh (SBN CA 204514)
shaun@setarehlaw.com
Thomas Segal (SBN CA 222791)
thomas@setarehlaw.com
9459 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212

Attorneys for Plaintiff
RANDY PITRE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RANDY PITRE, on behalf of himself, all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 8:17-cv-1281-DOC-DFMx<br><br>**PROTECTIVE ORDER**<br><br>**Discovery Document:**<br>Referred to Magistrate Judge Douglas F. McCormick |

Having reviewed the Parties' Stipulated Protective Order and for good cause showing therefore, **IT IS SO ORDERED**.

Dated: July 17, 2019

_____
Hon. Douglas F. McCormick
United States Magistrate Judge

ACTIVE 44453441v4