

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

October 18, 2019

 Orange County Superior Court 
 751 West Santa Ana Boulevard 
 Santa Ana, CA 92701 

Re:  Case Number:      8:17−cv−01281−DOC−DFM     
     Previously Superior Court Case No.      30−2017−00927449−CU−OE−CXC     
     Case Name:      Randy Pitre v. Wal−Mart Stores, Inc. et al     

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on      10/18/19     , the above−referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

                                        Respectfully,

                                        Clerk, U.S. District Court

                                        By:   /s/ *Trina Debose*  
                                              Deputy Clerk
                                              714 338 4568

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

                                        Clerk, Superior Court

_____        By: _____
Date                                    Deputy Clerk